**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): ____________ Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

**1. Debtor's name** — **JEJP, LLC dba Precision Machined Products**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**dba Precision Machined Products**

**3. Debtor's federal Employer Identification Number (EIN)** — **47 – 1209923**

**4. Debtor's address**

**Principal place of business**

**4225 World Houston Parkway**
Number Street
**Suite 190**

**Houston** **TX** **77032**
City State ZIP Code

**Harris**
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website (URL)** — **www.precisionmp.net**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________

Debtor **JEJP, LLC dba Precision Machined Products** Case number (if known) ____________

**7. Describe debtor's business**

*A. Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **JEJP, LLC dba Precision Machined Products** Case number (if known) ______

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District ______ When ______ (MM / DD / YYYY) Case number ______

District ______ When ______ (MM / DD / YYYY) Case number ______

District ______ When ______ (MM / DD / YYYY) Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor ______ Relationship ______

District ______ When ______ (MM / DD / YYYY)

Case number, if known ______

Debtor ______ Relationship ______

District ______ When ______ (MM / DD / YYYY)

Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **JEJP, LLC dba Precision Machined Products** Case number (if known) ____________

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other ____________

**Where is the property?** ____________
Number Street
____________
City ____________ State ____ ZIP Code ____

**Is the property insured?**

- [ ] No
- [ ] Yes. Insurance agency ____________
  Contact name ____________
  Phone ____________

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [ ] $0-$50,000
- [x] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

Debtor **JEJP, LLC dba Precision Machined Products** Case number (if known) ______

## Part X: Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/22/2016**
MM / DD / YYYY

X **/s/ Paul Williams**
Signature of authorized representative of debtor

**Paul Williams**
Printed name

Title **Chairman**

**18. Signature of attorney**

X **/s/ Julie M. Koenig**
Signature of Attorney for Debtor

Date **07/22/2016**
MM / DD / YYYY

**Julie M. Koenig**
Printed name

**Cooper & Scully, P.C.**
Firm Name

**815 Walker St., Suite 1040**
Number Street

**Houston** **TX** **77002**
City State ZIP Code

Contact phone **(713) 236-6800** Email address **julie.koenig@cooperscully.com**

**14217300**
Bar number

State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re **JEJP, LLC dba Precision Machined Products** Case No. ______________

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept..........................Hourly: Estimated Total | **$45,000.00** |
| Prior to the filing of this statement I have received..................................................... | **$20,000.00** |
| Balance Due............................................................................Hourly: Approximately | **$25,000.00** |

2. The source of the compensation paid to me was:

☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;




6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **07/22/2016** | **/s/ Julie M. Koenig** | |
|---|---|---|
| *Date* | *Julie M. Koenig* | Bar No. 14217300 |
| | Cooper & Scully, P.C. | |
| | 815 Walker St., Suite 1040 | |
| | Houston, TX 77002 | |
| | Phone: (713) 236-6800 / Fax: (713) 236-6880 | |

**/s/ Paul Williams**

***Paul Williams***
***Chairman***

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **JEJP, LLC dba Precision Machined Products** CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date 7/22/2016 Signature ***/s/* Paul Williams**
***Paul Williams***
***Chairman***

Date ______________________ Signature ______________________

A.J. Rod
5011 Navigation BLVD
Houston, TX 77011

ACC Business
PO Box 105306
Atlanta, GA 30348

Aetna
PO Box 24005
Fresno, CA 93779

AFLAC
1932 Wynnton Road
Columbus, GA 31999

AirGas USA, LLC
PO Box 676015
Dallas, TX 75267

Alpheus Data Services
PO Box 301630
Dallas, TX 75303

AMTTECH
10010 Houston Oaks Drive
Houston, TX 77064

ATI Specialty
PO Box 5030
Monroe, NC 28111

Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX 78711

Bank Of America
16807 Stuebner Airline Road
Spring, TX 77379

Bass Tool & Supply
2300 Fairway Park
Houston, TX 77092

Belmont Equipment
PO Box 71013
Madison Heights, MI 48071

Cassco Grinding & Machining
910 Brenda Street
Houston, TX 77076

Castle Metals
PO BOX 841949
Dallas, TX 75284

Cintas Corporation
5355 W Sam Houston Pkwy N
Houston, TX 77041

Continental Alloys
18334 Stuebner Airline
Spring, TX 77379

Cooper & Scully, P.C.
815 Walker St., Suite 1040
Houston, TX 77002

Cougar Pallet
13417 Aldine Westfield
Houston, Tx 77039

Cutting Tools
5050 Ashley Court
Houston, TX 77041

DD Precision
2135 Preston Road
Richmond, TX 77469

East Group Properties
PO Box 676488
Dallas, TX 75267

Eastgroup Properties LP
4220 World Houston Pkwy
Suite 170
Houston, TX 77032

EEPB P.C.
2950 North Loop West Ste 1200
Houston, TX 77092

Electron Beam Technology
10014 Sussex Lane
Houston, TX 77041

Elevated Technologies
1880 S. Dairy Ashford Ste 410
Houston, TX 77077

Energy Alloys
3 Waterway Square Placce Ste 600
The Woodlands, TX 77380

G&K Services
7355 Denny
Houston, TX 770400

Grainger
16741 North Freeway
Houston, TX 77090

Grover Gundrilling
59 INDUSTRIAL DRIVE
OXFORD, ME 4270

Groves Industrial Supply
7301 Pinemont
Houston, TX 77040

Guardian
PO Box 677458
Dallas, TX 75267

Hamilton Metals
PO BOX 677079
Dallas, TX 75267

HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX 77253-3064

HDH Instruments
PO Box 709
Pattison, TX 77466

Heritage-Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60693

High Point Sanitary Solutions
301 Garden Oaks Blvd
Houston, TX 77018

Howco
9611 Telge Road
Houston, TX 77095

Industrial Metal Finishing
4200 Perry Street
Houston, TX 77021

Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002

Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030

J&B Professional Cleaning
293 Hardwicke Road
Houston, TX 77060

John Hancock
3rd Floor Lockbock#2495,8430 W. Bryn Maw
Chicago, IL 60631

Lehighoutfitters, LLC
39 East Canal Street
Nelsonville, OH 45764

Liberty Office Products
PO Box 630729
Houston, TX 77263

Lubrisolutions
5750 N. Sam Houston Pkwy E #1014
Houston, TX 77032

Master Machine Inc
10101 Chickasaw Lane
Houston, TX 77041

McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680

MM Plastics
8480 Hwy 182 East
Morgan City, LA 70380

MSC Industrial Supply
75 Maxess Road
Melville, NY 11747

National K Works
1717 Brittmoore Road
Houston, TX 77043

North American Metals
20001 Oil Center Blvd
Houston, TX 77073

Nova 401(K) Associates
10777 Northwest Freeway Suite 440
Houston, TX 77092

Prime Downhole
800 Northpark Central Drive, Suite 100
Houston, TX 77073

Republic Services
PO Box 78829
Phoenix, AZ 85062

Resource Metals
14311 Reevestone Road
Houston, TX 77039

Sarmasag Tools
15504 Magee
Houston, TX 77032

SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549

Service Steel Aerospace
14735 Collections Center Drive
Chicago, IL 60693

Southwest Calibration Service
13114 Mula Court
Stafford, TX 77477

Sunbelt Steel Texas
5311 Clinton Drive
Houston, TX 77020

Superior Shotpeening
13930 Luthe Road
Houston, TX 77039

Tabs dba Toshiba Financial
PO Box 660831
Dallas, TX 75266

Tara L. Grundemeier
Linebarger, Goggan, Blair, & Sampson, LL
PO Box 3064
Houston, TX 77253-3064

Terminix
PO Box 742592
Cinncinnati, OH 45274

Texas Citizens Bank NA
Nasa Parkway
4949 Fairmont Parkway
Pasadena, TX 77505

Texas Citizens Bank, NA
1800 Nasa Parkway
Houston, TX 77058

Texas Commision on Enviromental Quality
PO Box 13089
Austin, TX 78711

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn: Bankruptcy Dept

Texas Workforce Commission
PO Box 149037
Austin, Texas 78714-9037

The Coe Law Firm
1010 Lamar, Suite 1040
Houston, TX 77002

Thyssenkrupp Materials
PO Box 2625
Carol Stream, IL 60132

Travelers
840 Gessner Road Ste 1825
Houston, TX 77024

TSP Fasteners
3303 W. 12TH STREET
Houston, TX 77008

Tyco Integrated Security
PO Box 371967
Pittsburgh, PA 15250

Uline
PO Box 88741
Chicago, IL 60680