**Fill in this information to identify the case**

Debtor name  **JEJP, LLC dba Precision Machined Products**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-33646**
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.    **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.    **Cash on hand**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America Business Checking** | **Business Checking** | 9  5  7  0 | $5,050.66 |
| 3.2. | **Texas Citizens Bank Commercial Checking Account** | **Commercial Checking Account** | 2  1  3  6 | $1,803.79 |

4.    **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.    **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $6,854.45 |
|---|

## Part 2:  Deposits and prepayments

6.    **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ☑ Yes.  Fill in the information below.

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**
         Name

| | | Current value of debtor's interest |
|---|---|---|

**7.**  **Deposits, including security deposits and utility deposits**

  Description, including name of holder of deposit

7.1.  **Eastgroup Properties, lease deposit** _____   $40,000.00

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

  Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
  Add lines 7 through 8.  Copy the total to line 81.                                       **$40,000.00**

---

### Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

  ☐  No.  Go to Part 4.
  ☒  Yes.  Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11.**  **Accounts receivable**

11a.  90 days old or less:   **$80,626.00**  –  **$0.00**  = ..............➔  $80,626.00
                            face amount      doubtful or uncollectible accounts

11b.  Over 90 days old:   **$0.00**  –  **$0.00**  = ..............➔  $0.00
                         face amount      doubtful or uncollectible accounts

**12.**  **Total of Part 3**
  Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                  **$80,626.00**

---

### Part 4:  Investments

**13.**  **Does the debtor own any investments?**

  ☒  No.  Go to Part 5.
  ☐  Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

  Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

  Name of entity:                          % of ownership:

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

  Describe:

**17.**  **Total of Part 4**
  Add lines 14 through 16.  Copy the total to line 83.                                     **$0.00**

---

### Part 5:  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐  No.  Go to Part 6.
  ☒  Yes.  Fill in the information below.

Debtor __JEJP, LLC dba Precision Machined Products__          Case number (if known) __16-33646__
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **To Be Amended** | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| **To Be Amended** | | | | $0.00 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor   __JEJP, LLC dba Precision Machined Products__   Case number (if known)   __16-33646__
      Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 21 Desks | | | $1,050.00 |
| 43 Chairs | | | $1,075.00 |
| 20 Tables | | | $100.00 |
| **40. Office fixtures** | | | |
| 26 Partitions | | | $130.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Bar Code System | | | $500.00 |
| Telephone System- Obsolete | | | $100.00 |
| 25 Computers | | | $2,500.00 |
| 28 Monitors | | | $560.00 |
| Software- cannot be transferred | | | $0.00 |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

   | $6,015.00 |
   |---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ☑ Yes.  Fill in the information below.

| Debtor | **JEJP, LLC dba Precision Machined Products** | Case number (if known) | **16-33646** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  Ford F550- 15,302 miles | | NADA Value | **$11,659.00** |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats<br>trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| **DMF 500** | | | **$148,432.00** |
| **Mazak** | | | **$83,572.00** |
| **Gun Drill** | | | **$72,862.00** |
| **Puma 800** | | | **$165,734.00** |
| **Puma 400** | | | **$113,431.00** |
| **Weilers** | | | **$118,684.00** |
| **Okuma Mills** | | | **$373,665.00** |
| **Puma 700** | | | **$62,535.00** |
| **Puma 300** | | | **$10,014.00** |
| **Nomura Mill** | | | **$78,742.00** |
| **CMM** | | | **$46,608.00** |
| **Leman Lathe** | | | **$56,720.00** |
| **Nicolas Correa Mill** | | | **$78,503.00** |
| **Misc. Equipment** | | | **$231,298.00** |
| **51.  Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | | **$1,652,459.00** |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
- ☒ No
- ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

### Part 9:   Real property

**54.  Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ☒ Yes.  Fill in the information below.

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)  **16-33646**
_____                    _____
Name

**55.**   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| **55.1.  4225 World Houston Parkway**<br>**Suite 190**<br>**Houston, TX 77032**<br>**Business Property**<br>**Lease terminated 7/12/2016** | Lease | $0.00 | | $0.00 |

**56.**   **Total of Part 9.**
         Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          | $0.00 |

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10:   Intangibles and Intellectual Property

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **precisionmp.net** | | Esimated | $2,000.00 |
| **62.  Licenses, franchises, and royalties** | | | |
| **ISO 9001- cannot be transferred** | | | $0.00 |
| **63.  Customer lists, mailing lists, or other compilations** | | | |
| **64.  Other intangibles, or intellectual property** | | | |
| **Routers and Programs- cannot be transferred** | | | $0.00 |
| **65.  Goodwill** | | | |

**66.**   **Total of Part 10.**
         Add lines 60 through 65.  Copy the total to line 89.          | $2,000.00 |

**67.**   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

Debtor  **JEJP, LLC dba Precision Machined Products**          Case number (if known)  **16-33646**
_____
Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   - ☒ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**  _Examples:_ Season tickets, country club membership

78. **Total of Part 11.**
   Add lines 71 through 77.  Copy the total to line 90.

   | $0.00 |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

Debtor     **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**
_____                              _____
           Name

<table>
<tr><td colspan="2" style="background:black;color:white">**Part 12:** Summary</td></tr>
</table>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $6,854.45 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $40,000.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $80,626.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $6,015.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $1,652,459.00 | |
| 88. **Real property.** _Copy line 56, Part 9_...........................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $2,000.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $1,787,954.45 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................................➔  **$1,787,954.45**

**Fill in this information to identify the case:**

Debtor name      **JEJP, LLC dba Precision Machined Products**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number      **16-33646**
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

   ☐   No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☑   Yes.  Fill in all of the information below.

**Part 1:      List Creditors Who Have Secured Claims**

2.   **List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**            $2,615,734.00

Debtor   **JEJP, LLC dba Precision Machined Products**     Case number (if known)  **16-33646**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|

---

**2.1**

**Creditor's name**
**Eastgroup Properties LP**

**Creditor's mailing address**
**4220 World Houston Pkwy**

**Suite 170**

Houston          TX     77032

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**4225 World Houston Parkway, Suite 1040, Houston TX**

**Describe the lien**

**Commercial Lease / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$215,734.00**      Value of collateral: **$1,648,255.00**

**For 21 Desks: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For 26 Partitions: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For Bar Code System: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For precisionmp.net: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For ISO 9001- cannot be transferred: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For Routers and Programs- cannot be transferred: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For 20 Tables: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For 43 Chairs: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For 25 Computers: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For Telephone System- Obsolete: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For Software- cannot be transferred: 1) Texas Citizens Bank, NA; 2) Eastgroup Properties LP.  For CMM: 1) Eastgroup Properties LP; 2) Texas Citizens Bank, NA.  For DMF 500: 1) Eastgroup Properties LP; 2) Texas Citizens Bank, NA.  For Gun Drill: 1) Eastgroup Properties LP; 2) Texas Citizens Bank, NA.  For Leman Lathe: 1) Eastgroup Properties LP; 2) Texas Citizens Bank, NA.  For Mazak: 1) Eastgroup Properties LP; 2) Texas Citizens Bank, NA.  For Misc. Equipment: 1) Texas Citizens Bank, NA.  For Nicolas**

Debtor **JEJP, LLC dba Precision Machined Products**          Case number (if known) **16-33646**

## Part 1:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.2**

Creditor's name
**Texas Citizens Bank, NA**

Creditor's mailing address
**1800 Nasa Parkway**

**Houston          TX     77058**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien
**4225 World Houston Parkway, Suite 1040, Houston TX**

Describe the lien
**Commercial Lease / Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$2,400,000.00**          **$1,747,954.45**

Debtor  **JEJP, LLC dba Precision Machined Products**          Case number (if known) **16-33646**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| **James William Freyer** | | | Line  **2.2** | ___ ___ ___ ___ |
| **14200 Gulf Freeway** | | | | |
| **Suite 101** | | | | |
| **Houston** | **TX** | **77034** | | |
| **Michael Scott Held** | | | Line  **2.1** | ___ ___ ___ ___ |
| **Jackson Walker, LLP** | | | | |
| **2323 Ross Ave, Suite 600** | | | | |
| **Dallas** | **TX** | **75201** | | |
| **Texas Citizens Bank NA** | | | Line  **2.2** | ___ ___ ___ ___ |
| **Nasa Parkway** | | | | |
| **4949 Fairmont Parkway** | | | | |
| **Pasadena** | **TX** | **77505** | | |
| **Texas Citizens Bank, NA** | | | Line  **2.2** | ___ ___ ___ ___ |
| **4122 Fairmont Parkway** | | | | |
| **Pasadena** | **TX** | **77504** | | |
| **The Coe Law Firm** | | | Line  **2.1** | ___ ___ ___ ___ |
| **1010 Lamar, Suite 1040** | | | | |
| **Houston** | **TX** | **77002** | | |

**Fill in this information to identify the case:**

Debtor     __JEJP, LLC dba Precision Machined Products__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number   __16-33646__
(if known)

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

__Internal Revenue Service__

__1919 Smith St.__

__Stop 5024 HOU__

__Houston__     __TX__   __77002__

Date or dates debt was incurred
_____

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
__Taxes__

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$77,945.12**     Priority amount: **$77,945.12**

**2.2**   Priority creditor's name and mailing address

__John P. Dillman__

__Linebarger, Goggan, Blair, & Sampson, LL__

__PO Box 3064__

__Houston__     __TX__   __77253-3064__

Date or dates debt was incurred
_____

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( __8__ )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Taxes__

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$192,481.11**     Priority amount: **$192,481.11**

Debtor   **JEJP, LLC dba Precision Machined Products**   Case number (if known)   **16-33646**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,218.17 |
|---|---|---|---|

A.J. Rod

5011 Navigation BLVD

Houston                              TX        77011

Date or dates debt was incurred        5/26/2016

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | | $2,931.00 |
|---|---|---|---|

ACC Business

PO Box 105306

Atlanta                              GA        30348

Date or dates debt was incurred        6/27/2016

Last 4 digits of account number        2   1   3   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | | $30,182.00 |
|---|---|---|---|

Aetna

PO Box 24005

Fresno                              CA        93779

Date or dates debt was incurred        7/20/2016

Last 4 digits of account number        0   4   8   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | | $242.16 |
|---|---|---|---|

AFLAC

1932 Wynnton Road

Columbus                              GA        31999

Date or dates debt was incurred        7/20/2016

Last 4 digits of account number        D   X   0   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **JEJP, LLC dba Precision Machined Products**          Case number (if known)  **16-33646**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**AirGas USA, LLC**

**PO Box 676015**

**Dallas**                    **TX**     **75267**

Date or dates debt was incurred    **5/31/2016**

Last 4 digits of account number    **1   8   3   2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$689.45**

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Alpheus Data Services**

**PO Box 301630**

**Dallas**                    **TX**     **75303**

Date or dates debt was incurred    **5/1/2016**

Last 4 digits of account number    **2   0   8   9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$555.78**

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**AMTTECH**

**10010 Houston Oaks Drive**

**Houston**                    **TX**     **77064**

Date or dates debt was incurred    **5/26/2016**

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,437.20**

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**ATI Specialty**

**PO Box 5030**

**Monroe**                    **NC**     **28111**

Date or dates debt was incurred    **3/2/2016**

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,152.24**

| Debtor | **JEJP, LLC dba Precision Machined Products** | Case number (if known) | **16-33646** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,020.20** |
|---|---|---|---|

**Bank Of America**

**16807 Stuebner Airline Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Spring** | **TX** | **77379** |
|---|---|---|

**Basis for the claim:**
**Credit Card**

| Date or dates debt was incurred | **7/20/2016** | Is the claim subject to offset? |
|---|---|---|

Last 4 digits of account number   ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,501.74** |
|---|---|---|---|

**Bass Tool & Supply**

**2300 Fairway Park**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77092** |
|---|---|---|

**Basis for the claim:**
**Vendor**

| Date or dates debt was incurred | **4/6/2016** | Is the claim subject to offset? |
|---|---|---|

Last 4 digits of account number   **Y   N   1   0**

☒ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171.52** |
|---|---|---|---|

**Belmont Equipment**

**PO Box 71013**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Madison Heights** | **MI** | **48071** |
|---|---|---|

**Basis for the claim:**
**Vendor**

| Date or dates debt was incurred | **5/26/2016** | Is the claim subject to offset? |
|---|---|---|

Last 4 digits of account number   **3   8   5   9**

☒ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00** |
|---|---|---|---|

**Cassco Grinding & Machining**

**910 Brenda Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77076** |
|---|---|---|

**Basis for the claim:**
**Vendor**

| Date or dates debt was incurred | **2/2/2016** | Is the claim subject to offset? |
|---|---|---|

Last 4 digits of account number   ___ ___ ___ ___

☒ No
☐ Yes

---

| Debtor | **JEJP, LLC dba Precision Machined Products** | Case number (if known) | **16-33646** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13**   Nonpriority creditor's name and mailing address

**Castle Metals**

**PO BOX 841949**

**Dallas**                          **TX      75284**

Date or dates debt was incurred      **4/8/2016**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,000.00**

**3.14**   Nonpriority creditor's name and mailing address

**Cintas Corporation**

**5355 W Sam Houston Pkwy N**

**Houston**                        **TX      77041**

Date or dates debt was incurred      **5/4/2016**

Last 4 digits of account number      **9   0   8   8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$297.25**

**3.15**   Nonpriority creditor's name and mailing address

**Continental Alloys**

**18334 Stuebner Airline**

**Spring**                          **TX      77379**

Date or dates debt was incurred      **3/28/2026**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,732.14**

**3.16**   Nonpriority creditor's name and mailing address

**Cougar Pallet**

**13417 Aldine Westfield**

**Houston**                        **TX      77039**

Date or dates debt was incurred      **1/8/2016**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$337.50**

Debtor   **JEJP, LLC dba Precision Machined Products**                    Case number (if known)   **16-33646**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

**Cutting Tools**

**5050 Ashley Court**

**Houston**                    **TX     77041**

Date or dates debt was incurred    **5/25/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$16,565.72**

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

**DD Precision**

**2135 Preston Road**

**Richmond**                    **TX     77469**

Date or dates debt was incurred    **2/5/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,020.00**

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

**EEPB P.C.**

**2950 North Loop West Ste 1200**

**Houston**                    **TX     77092**

Date or dates debt was incurred    **3/21/2016**

Last 4 digits of account number    **9   1   5   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$2,750.00**

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

**Electron Beam Technology**

**10014 Sussex Lane**

**Houston**                    **TX     77041**

Date or dates debt was incurred    **3/21/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,300.00**

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.21**   Nonpriority creditor's name and mailing address

**Elevated Technologies**

**1880 S. Dairy Ashford Ste 410**

**Houston**                    **TX**    **77077**

Date or dates debt was incurred   **7/20/2016**

Last 4 digits of account number   ___ **P   M   P**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,694.10**

---

**3.22**   Nonpriority creditor's name and mailing address

**Energy Alloys**

**3 Waterway Square Placce Ste 600**

**The Woodlands**              **TX**    **77380**

Date or dates debt was incurred   **3/7/2016**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$33,894.16**

---

**3.23**   Nonpriority creditor's name and mailing address

**G&K Services**

**7355 Denny**

**Houston, TX 770400**

Date or dates debt was incurred   **5/26/2016**

Last 4 digits of account number   **1   2   5   8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$11,439.76**

---

**3.24**   Nonpriority creditor's name and mailing address

**Grainger**

**16741 North Freeway**

**Houston**                    **TX**    **77090**

Date or dates debt was incurred   **5/3/2016**

Last 4 digits of account number   **2   7   8   0**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Business Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$787.60**

---

Debtor  **JEJP, LLC dba Precision Machined Products**          Case number (if known)  **16-33646**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25**  Nonpriority creditor's name and mailing address

**Grover Gundrilling**

**59 INDUSTRIAL DRIVE**

**OXFORD, ME 4270**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred       **12/10/2015**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$9,784.00

---

**3.26**  Nonpriority creditor's name and mailing address

**Groves Industrial Supply**

**7301 Pinemont**

Houston                     TX       77040

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred       **2/24/2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$1,414.02

---

**3.27**  Nonpriority creditor's name and mailing address

**Guardian**

**PO Box 677458**

Dallas                     TX       75267

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred       **7/20/2016**

Last 4 digits of account number    **2   2   8   3**

Is the claim subject to offset?
☑ No
☐ Yes

$4,056.02

---

**3.28**  Nonpriority creditor's name and mailing address

**Hamilton Metals**

**PO BOX 677079**

Dallas                     TX       75267

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred       **4/27/2016**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$2,234.94

Debtor    **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29**   Nonpriority creditor's name and mailing address

HDH Instruments

PO Box 709

| Pattison | TX | 77466 |

Date or dates debt was incurred    5/4/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Business Account

Is the claim subject to offset?
☑ No
☐ Yes

**$3,435.00**

---

**3.30**   Nonpriority creditor's name and mailing address

Heritage-Crystal Clean, LLC

13621 Collections Center Drive

| Chicago | IL | 60693 |

Date or dates debt was incurred    2/2/2016

Last 4 digits of account number    8  9  1  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Business Account

Is the claim subject to offset?
☑ No
☐ Yes

**$197.21**

---

**3.31**   Nonpriority creditor's name and mailing address

High Point Sanitary Solutions

301 Garden Oaks Blvd

| Houston | TX | 77018 |

Date or dates debt was incurred    2/15/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Business Account

Is the claim subject to offset?
☑ No
☐ Yes

**$913.19**

---

**3.32**   Nonpriority creditor's name and mailing address

Howco

9611 Telge Road

| Houston | TX | 77095 |

Date or dates debt was incurred    4/28/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Business Account

Is the claim subject to offset?
☑ No
☐ Yes

**$780.87**

---

| Debtor | **JEJP, LLC dba Precision Machined Products** | Case number (if known) | **16-33646** |
|--------|-----|-----|-----|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

**Industrial Metal Finishing**

**4200 Perry Street**

Houston                              TX        77021

Date or dates debt was incurred        1/25/2016

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$290.00**

---

| 3.34 | Nonpriority creditor's name and mailing address |
|---|---|

**J&B Professional Cleaning**

**293 Hardwicke Road**

Houston                              TX        77060

Date or dates debt was incurred        4/7/2016

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,385.60**

---

| 3.35 | Nonpriority creditor's name and mailing address |
|---|---|

**John Hancock**

**3rd Floor Lockbock#2495,8430 W. Bryn Maw**

Chicago                              IL        60631

Date or dates debt was incurred        6/30/2016

Last 4 digits of account number        1    0    0    9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$401.22**

---

| 3.36 | Nonpriority creditor's name and mailing address |
|---|---|

**Lehighoutfitters, LLC**

**39 East Canal Street**

Nelsonville                          OH        45764

Date or dates debt was incurred        1/31/2016

Last 4 digits of account number        8    0    2    1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$149.05**

---

Debtor   **JEJP, LLC dba Precision Machined Products**   Case number (if known)   **16-33646**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Liberty Office Products**

**PO Box 630729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$963.03**

| Houston | TX | 77263 |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   **3/9/2016**

Last 4 digits of account number   **7   4   2   3**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Lubrisolutions**

**5750 N. Sam Houston Pkwy E #1014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,347.77**

| Houston | TX | 77032 |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   **2/25/2016**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Master Machine Inc**

**10101 Chickasaw Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$800.00**

| Houston | TX | 77041 |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   **10/21/2015**

Last 4 digits of account number   **y   n   a   d**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**McMaster-Carr Supply Company**

**PO Box 7690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$709.98**

| Chicago | IL | 60680 |
|---|---|---|

**Basis for the claim:**
**Business Account**

Date or dates debt was incurred   **3/7/2016**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **JEJP, LLC dba Precision Machined Products**            Case number (if known)   **16-33646**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.41**   Nonpriority creditor's name and mailing address

**MM Plastics**

**8480 Hwy 182 East**

Morgan City                LA        70380

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Account**

Date or dates debt was incurred    **4/26/2016**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$264.73**

**3.42**   Nonpriority creditor's name and mailing address

**MSC Industrial Supply**

**75 Maxess Road**

Melville                   NY        11747

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Account**

Date or dates debt was incurred    **3/21/2016**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$113.47**

**3.43**   Nonpriority creditor's name and mailing address

**National K Works**

**1717 Brittmoore Road**

Houston                    TX        77043

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Account**

Date or dates debt was incurred    **2/29/2016**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,300.00**

**3.44**   Nonpriority creditor's name and mailing address

**North American Metals**

**20001 Oil Center Blvd**

Houston                    TX        77073

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Account**

Date or dates debt was incurred    **2/18/2016**

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,750.00**

Debtor  **JEJP, LLC dba Precision Machined Products**          Case number (if known)  **16-33646**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45**  Nonpriority creditor's name and mailing address

**Nova 401(K) Associates**

**10777 Northwest Freeway Suite 440**

**Houston**                     **TX**     **77092**

Date or dates debt was incurred     **7/1/2016**

Last 4 digits of account number     **2   9   1   7**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,006.00**

---

**3.46**  Nonpriority creditor's name and mailing address

**Prime Downhole**

**800 Northpark Central Drive, Suite 100**

**Houston**                     **TX**     **77073**

Date or dates debt was incurred     **5/26/2016**

Last 4 digits of account number     **C   0   4   2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$42,590.00**

---

**3.47**  Nonpriority creditor's name and mailing address

**Republic Services**

**PO Box 78829**

**Phoenix**                     **AZ**     **85062**

Date or dates debt was incurred     **6/26/2016**

Last 4 digits of account number     **5   0   4   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$863.47**

---

**3.48**  Nonpriority creditor's name and mailing address

**Resource Metals**

**14311 Reevestone Road**

**Houston**                     **TX**     **77039**

Date or dates debt was incurred     **1/22/2016**

Last 4 digits of account number     **8   8   6   1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$61,712.00**

---

Debtor **JEJP, LLC dba Precision Machined Products**   Case number (if known) **16-33646**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address |
|---|---|

**Sarmasag Tools**

**15504 Magee**

Houston                    TX       77032

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred   **4/1/2016**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$75.00**

| 3.50 | Nonpriority creditor's name and mailing address |
|---|---|

**Service Steel Aerospace**

**14735 Collections Center Drive**

Chicago                    IL       60693

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred   **12/22/2015**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$2,304.59**

| 3.51 | Nonpriority creditor's name and mailing address |
|---|---|

**Southwest Calibration Service**

**13114 Mula Court**

Stafford                    TX       77477

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred   **1/14/2016**

Last 4 digits of account number   i  n  e  d

Is the claim subject to offset?
☑ No
☐ Yes

**$189.00**

| 3.52 | Nonpriority creditor's name and mailing address |
|---|---|

**Sunbelt Steel Texas**

**5311 Clinton Drive**

Houston                    TX       77020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Date or dates debt was incurred   **4/28/2016**

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$15,062.10**

| | |
|---|---|
| Debtor **JEJP, LLC dba Precision Machined Products** | Case number (if known) **16-33646** |

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53**    Nonpriority creditor's name and mailing address

**Superior Shotpeening**

**13930 Luthe Road**

Houston                    TX      77039

Date or dates debt was incurred     **3/17/2016**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

$13,353.86

---

**3.54**    Nonpriority creditor's name and mailing address

**Tabs dba Toshiba Financial**

**PO Box 660831**

Dallas                    TX      75266

Date or dates debt was incurred     **7/1/2016**

Last 4 digits of account number     **0   0   0   0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

$3,667.02

---

**3.55**    Nonpriority creditor's name and mailing address

**Terminix**

**PO Box 742592**

Cinncinnati                OH      45274

Date or dates debt was incurred     **4/13/2016**

Last 4 digits of account number     **0   3   8   6**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

$627.40

---

**3.56**    Nonpriority creditor's name and mailing address

**Texas Commision on Enviromental Quality**

**PO Box 13089**

Austin                    TX      78711

Date or dates debt was incurred     **4/10/2016**

Last 4 digits of account number     **2   8   9   0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

$272.25

---

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57**   Nonpriority creditor's name and mailing address

**Thyssenkrupp Materials**

**PO Box 2625**

**Carol Stream**     IL     60132

Date or dates debt was incurred    **3/23/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,253.41**

---

**3.58**   Nonpriority creditor's name and mailing address

**Travelers**

**840 Gessner Road Ste 1825**

**Houston**     TX     77024

Date or dates debt was incurred    **5/16/2016**

Last 4 digits of account number    **0   1   8   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$630.00**

---

**3.59**   Nonpriority creditor's name and mailing address

**TSP Fasteners**

**3303 W. 12TH STREET**

**Houston**     TX     77008

Date or dates debt was incurred    **2/10/2016**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$293.75**

---

**3.60**   Nonpriority creditor's name and mailing address

**Tyco Integrated Security**

**PO Box 371967**

**Pittsburgh**     PA     15250

Date or dates debt was incurred    **2/6/2016**

Last 4 digits of account number    **1   1   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Account**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,611.54**

Debtor   **JEJP, LLC dba Precision Machined Products**                    Case number (if known)   __16-33646__

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $842.15 |

*Check all that apply.*

**Uline**                                                        ☐ Contingent

**PO Box 88741**                                                ☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Chicago**                        **IL**    **60680**          **Business Account**

Date or dates debt was incurred   **2/18/2016**                 **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                   ☑ No
☐ Yes

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.   Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1    ATTORNEY GENERAL**<br>**TAX DIV. - BANKRUPTCY**<br>**POB 12548**<br><br>**AUSTIN          TX     78711** | Line _____<br><br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.2    Attorney General**<br>**Department of Justice**<br>**10th and Constitution Ave N.W.**<br>**Rm. 400**<br>**Washington          DC     20530** | Line _____<br><br>☑ Not listed.  Explain:<br>   **Notice Only** | __ __ __ __ |
| **4.3    East Group Properties**<br>**PO Box 676488**<br><br>**Dallas          TX     75267** | Line _____<br><br>☑ Not listed.  Explain:<br>   **Business Account** | **1   3   5   5** |
| **4.4    HARRIS COUNTY/CITY OF HOUSTON**<br>**C/O BANKRUPTCY DEPT**<br>**PO BOX 3064**<br><br>**HOUSTON          TX     77253-3064** | Line   **2.2**<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.5    Internal Revenue Service**<br>**STOP 6692 AUSC**<br><br>**Austin          TX     73301-0030** | Line _____<br><br>☑ Not listed.  Explain:<br>   **Taxes** | __ __ __ __ |
| **4.6    Internal Revenue Service**<br>**Insolvency Department**<br>**PO Box 7346**<br><br>**Philadelphia          PA     19101-7346** | Line _____<br><br>☑ Not listed.  Explain:<br>   **Taxes** | __ __ __ __ |

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)  **16-33646**

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **SECURITIES AND EXCHANGE COMMISSION** **450 FIFTH STREET NW** **WASHINGTON       DC     20549** | Line _____ ☑ Not listed.  Explain: **NOTICE ONLY** | __ __ __ __ |
| 4.8 | **TEXAS COMPTROLLER OF PUBLIC ACCOUNTS** **111 E. 17TH STREET** **AUSTIN, TX 78774-0100** **Attn:  Bankruptcy Dept** | Line _____ ☑ Not listed.  Explain: **Taxes** | __ __ __ __ |
| 4.9 | **Texas Workforce Commission** **PO Box 149037** **Austin          TX     78714-9037** | Line _____ ☑ Not listed.  Explain: **Taxes** | __ __ __ __ |
| 4.10 | **Tucker, Albin & Associates, Inc** **1702 N. Collins Blvd #100** **Richardson        TX     75080** | Line  **3.52** ☐ Not listed.  Explain: | **1   5   6   7** |

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a.   **Total claims from Part 1**                                     5a.          $270,426.23

5b.   **Total claims from Part 2**                                     5b. **+**   $358,803.33

5c.   **Total of Parts 1 and 2**                                      5c.          $629,229.56
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name __**JEJP, LLC dba Precision Machined Products**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number __**16-33646**__          Chapter __**11**__
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **401K**<br>**Contract to be ASSUMED** |

**John Hancock**

**8430 W. Bryn Maw**

**3rd Floor, Loxbock #2495**

State the term remaining

List the contract
number of any
government contract

**Chicago**          **IL**     **60631**

| | | |
|---|---|---|
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | **\***<br>**Contract to be ASSUMED** |

**To Be Amended**

State the term remaining

List the contract
number of any
government contract

**Fill in this information to identify the case:**

Debtor name  **JEJP, LLC dba Precision Machined Products**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-33646**
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| **2.1  Elias Abdallah** | **21611 Barrow Glen Ct** <br> Number        Street <br><br> **Spring**        **TX**   **77388** <br> City                    State    ZIP Code | **Texas Citizens Bank, NA** | ☑ D <br> ☐ E/F <br> ☐ G |
| **2.2  Jesus Finol** | **16414 Emilia Ct** <br> Number        Street <br><br> **Spring**        **TX**   **77379** <br> City                    State    ZIP Code | **Texas Citizens Bank, NA** | ☑ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor Name **JEJP, LLC dba Precision Machined Products**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-33646**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals
                                                                                                    12/15

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. | **Real property:** Copy line 88 from Schedule A/B................................................................ | **$0.00** |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B.................................................. | **$1,787,954.45** |
| 1c. | **Total of all property** Copy line 92 from Schedule A/B......................................................... | **$1,787,954.45** |

| Part 2: | Summary of Liabilities |
|---|---|

| | | |
|---|---|---|
| **2.** | *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................ | **$2,615,734.00** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | |
| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F................................................ | **$270,426.23** |
| 3b. | **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................... | **+    $358,803.33** |
| **4.** | **Total liabilities** Lines 2 + 3a + 3b.............................................................................. | **$3,244,963.56** |

**Fill in this information to identify the case and this filing:**

Debtor Name    **JEJP, LLC dba Precision Machined Products**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **16-33646**
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/04/2016**     X **/s/ Paul Williams**
        MM / DD / YYYY         Signature of individual signing on behalf of debtor

                               **Paul Williams**
                               Printed name

                               **President**
                               Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name: **JEJP, LLC dba Precision Machined Products**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-33646**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2016**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | |
| **For prior year:** | From **01/01/2015**<br>MM / DD / YYYY | to | **12/31/2015**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$1,945,240.00** |
| **For the year before that:** | From **01/01/2014**<br>MM / DD / YYYY | to | **12/31/2014**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | **$13,874,644.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Aetna**<br>Creditor's name<br>**PO Box 24005**<br>Street<br><br>**Fresno**          **CA**      **93779**<br>City                State   ZIP Code | **5/2/2016**<br>**6/6/2016**<br>**7/1/2016** | **$102,317.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Insurance** |

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

**3.2.** **Chubb Insurance**
Creditor's name
**1330 Post Oak Blvd**
Street
**#2400**

| **Houston** | **TX** | **77056** |
|---|---|---|
| City | State | ZIP Code |

Dates: **6/30/2016**

Total amount or value: **$7,039.28**

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Insurance**

---

**3.3.** **Texas Citizens Bank, NA**
Creditor's name
**1800 Nasa Parkway**
Street

| **Houston** | **TX** | **77058** |
|---|---|---|
| City | State | ZIP Code |

Dates: **5/10/2016**, **6/13/2016**, **7/11/2016**

Total amount or value: **$79,978.23**

Reasons for payment or transfer
*Check all that apply*
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.4.** **Guardian**
Creditor's name
**PO Box 677458**
Street

| **Dallas** | **TX** | **75627** |
|---|---|---|
| City | State | ZIP Code |

Dates: **5/2/2016**, **6/7/2016**, **7/7/2016**

Total amount or value: **$18,293.55**

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Insurance**

---

**3.5.** **Green Mountain Energy**
Creditor's name
**1201 Fannin St**
Street

| **Houston** | **TX** | **77002** |
|---|---|---|
| City | State | ZIP Code |

Dates: **5/4/2016**, **6/14/2016**, **6/27/2016**

Total amount or value: **$14,163.20**

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other

---

**3.6.** **Eastgroup Properties LP**
Creditor's name
**4220 World Houston Pkwy**
Street
**Suite 170**

| **Houston** | **TX** | **77032** |
|---|---|---|
| City | State | ZIP Code |

Dates: **5/2/2016**

Total amount or value: **$20,000.00**

Reasons for payment or transfer
*Check all that apply*
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**3.7.** **Bank Of America**
Creditor's name
**16807 Stuebner Airline Road**
Street

| **Spring** | **TX** | **77379** |
|---|---|---|
| City | State | ZIP Code |

Dates: **5/3/2016**, **6/14/2016**, **6/22/2016**

Total amount or value: **$14,570.82**

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☑ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

Debtor   **JEJP, LLC dba Precision Machined Products**            Case number (if known)   **16-33646**
_____
Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Part 5: | Certain Losses |
| --- | --- |

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor __**JEJP, LLC dba Precision Machined Products**__   Case number (if known) __**16-33646**__
Name

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Cooper & Scully, P.C.** | **Attorney fees: $20,000.00** **Filing Fee: $1,717.00** | **07/22/2016** | **$21,717.00** |

Address

**815 Walker St., Suite 1040**
Street

**Houston**          **TX**    **77002**
City                State  ZIP Code

Email or website address
**www.cooperscully.com**

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

---

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**
         Name

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained
      **Drawings and other IP**

      Does the debtor have a privacy policy about that information?
      ☐ No.
      ☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☑ Yes.  Fill in below:

      **Name of plan**                        **Employer Identification number of the plan**

      **John Hancock**                        EIN:  **4   7 – 1   2   0   9   9   2   3**

      Has the plan been terminated?
      ☑ No
      ☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo**<br>Name<br>**17317 North Freeway**<br>Street<br><br>**Houston        TX    77090**<br>City        State   ZIP Code | XXXX- **2   6   2   9** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **01/15/2016** | **$12,016.00** |

| Debtor | **JEJP, LLC dba Precision Machined Products** | Case number (if known) | **16-33646** |
|---|---|---|---|
| | Name | | |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **APS** | | | |
| Name | | | |
| | | | |
| Street | | | |
| | | | |
| City          State   ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No

☐ Yes.  Provide details below.

Debtor   **JEJP, LLC dba Precision Machined Products**          Case number (if known)   **16-33646**
         Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Kirby Lawson** | | From | **9/1/2014** | To | **4/15/2016** |
| | Name | | | | | |
| | **21314 Hawkley** | | | | | |
| | Street | | | | | |
| | | | | | | |
| | **Richmond** | **TX**   **77406** | | | | |
| | City | State   ZIP Code | | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.1. | **EEPB** | | From | **1/1/2015** | To | **current** |
| | Name | | | | | |
| | **2950 North Loop West** | | | | | |
| | Street | | | | | |
| | **Suite 1200** | | | | | |
| | | | | | | |
| | **Houston** | **TX**   **77092** | | | | |
| | City | State   ZIP Code | | | | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Debtor | **JEJP, LLC dba Precision Machined Products** | Case number (if known) | **16-33646** |
|---|---|---|---|
| | Name | | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1. **Texas Citizens Bank**
Name
**1800 Nasa Parkway**
Street

| **Houston** | **TX** | **77058** |
|---|---|---|
| City | State | ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Kirby Lawson** | **6/30/2015** | **$1,026,672.00** |

Name and address of the person who has possession of inventory records

27.1. **Roberto Finol**
Name
**16414 Emilia Ct**
Street

| **Spring** | **TX** | **77379** |
|---|---|---|
| City | State | ZIP Code |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Daniel Schwab** | **6/15/2015** | **$1,026,672.00** |

Name and address of the person who has possession of inventory records

27.2. **Roberto Finol**
Name
**16414 Emilia Ct**
Street

| **Spring** | **TX** | **77379** |
|---|---|---|
| City | State | ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jesus Finol** | **16414 Emilia Ct**<br>**Spring, TX 77379** | **CEO** | **60%** |
| **Elias Abdallah** | **21611 Barrow Glen Ct**<br>**Spring, TX 77388** | **Comptroller** | **17.5%** |
| **Paul Williams** | **3918 Bivins Lake Circle**<br>**Richmond, TX 77406** | **President** | **10%** |

| Debtor | **JEJP, LLC dba Precision Machined Products** | Case number (if known) | **16-33646** |
|---|---|---|---|
| | Name | | |

| **Clod Saman** | | **Member** | **2.5%** |
|---|---|---|---|
| **Jimmy Leiva** | | **Member** | **10%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Paul Williams** <br> Name <br> **3918 Bivins Lake Circle** <br> Street <br><br> **Richmond      TX    77406** <br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> **President** | **$43,153.00** | **7/2015-current** | **Salary** |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor   **JEJP, LLC dba Precision Machined Products**                          Case number (if known)   **16-33646**
_____                                                          _____
Name

| **Part 14:** | **Signature and Declaration** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **08/04/2016**
_____
      MM / DD / YYYY

X   **/s/ Paul Williams**                                                  Printed name   **Paul Williams**
_____                                                 _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   **President**
_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **JEJP, LLC dba Precision Machined Products** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **16-33646** |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Texas Citizens Bank, NA 1800 Nasa Parkway Houston, TX 77058 | | Commercial Lease | | $2,400,000.00 | $1,532,220.45 | $867,779.55 |
| 2 | John P. Dillman Linebarger, Goggan, Blair, & Sampson, LL PO Box 3064 Houston, TX 77253-3064 | | Taxes | | | | $192,481.11 |
| 3 | Internal Revenue Service 1919 Smith St. Stop 5024 HOU Houston, TX 77002 | | Taxes | Disputed | | | $77,945.12 |
| 4 | Resource Metals 14311 Reevestone Road Houston, TX 77039 | | Business Account | | | | $61,712.00 |
| 5 | Bank Of America 16807 Stuebner Airline Road Spring, TX 77379 | | Credit Card | | | | $47,020.20 |

Debtor __JEJP, LLC dba Precision Machined Products__   Case number (if known) __16-33646__
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Prime Downhole 800 Northpark Central Drive, Suite 100 Houston, TX 77073 | | Business Account | | | | $42,590.00 |
| 7   Energy Alloys 3 Waterway Square Placce Ste 600 The Woodlands, TX 77380 | | Business Account | | | | $33,894.16 |
| 8   Aetna PO Box 24005 Fresno, CA 93779 | | Business Account | | | | $30,182.00 |
| 9   Cutting Tools 5050 Ashley Court Houston, TX 77041 | | Vendor | | | | $16,565.72 |
| 10  Sunbelt Steel Texas 5311 Clinton Drive Houston, TX 77020 | | Business Account | | | | $15,062.10 |
| 11  Superior Shotpeening 13930 Luthe Road Houston, TX 77039 | | Business Account | | | | $13,353.86 |
| 12  G&K Services 7355 Denny Houston, TX 770400 | | Business Account | | | | $11,439.76 |
| 13  Grover Gundrilling 59 INDUSTRIAL DRIVE OXFORD, ME 4270 | | Business Account | | | | $9,784.00 |

Debtor  **JEJP, LLC dba Precision Machined Products**                    Case number (if known) **16-33646**

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  North American Metals 20001 Oil Center Blvd Houston, TX 77073 | | Business Account | | | | $6,750.00 |
| 15  Elevated Technologies 1880 S. Dairy Ashford Ste 410 Houston, TX 77077 | | Business Account | | | | $4,694.10 |
| 16  Guardian PO Box 677458 Dallas, TX 75267 | | Business Account | | | | $4,056.02 |
| 17  Continental Alloys 18334 Stuebner Airline Spring, TX 77379 | | Business Account | | | | $3,732.14 |
| 18  Tabs dba Toshiba Financial PO Box 660831 Dallas, TX 75266 | | Business Account | | | | $3,667.02 |
| 19  Bass Tool & Supply 2300 Fairway Park Houston, TX 77092 | | Vendor | | | | $3,501.74 |
| 20  HDH Instruments PO Box 709 Pattison, TX 77466 | | Business Account | | | | $3,435.00 |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                                      CHAPTER   **11**

**JEJP, LLC dba Precision Machined Products**


DEBTOR(S)                                                   CASE NO   **16-33646**


# LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Clod Saman | Member | | 2.5% |
| Elias Abdallah<br>21611 Barrow Glen Ct<br>Spring, TX 77388 | Comptroller | | 17.5% |
| Jesus Finol<br>16414 Emilia Ct.<br>Spring, TX 77379 | CEO | | 60% |
| Jimmy Leiva | Member | | 10% |
| Paul Williams<br>3918 Bivins Lake Circle<br>Richmond, TX 77406 | President | | 10% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**8/4/2016**_____          Signature:__ **/s/ Paul Williams** _____
                                                              **_Paul Williams_**
                                                              **President**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **JEJP, LLC dba Precision Machined Products**          CASE NO    **16-33646**

                                                                                                                 CHAPTER    **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:                    **$1,945,240.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:                                                                                          **$315,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$50,000.00** |
| 4. Payroll Taxes: | **$0.00** |
| 5. Unemployment Taxes: | **$0.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$58,946.00** |
| 11. Utilities: | **$8,000.00** |
| 12. Office Expenses and Supplies: | **$12,000.00** |
| 13. Repairs and Maintenance: | **$12,000.00** |
| 14. Vehicle Expenses: | **$0.00** |
| 15. Travel and Entertainment: | **$0.00** |
| 16. Equipment Rental and Leases: | **$0.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$0.00** |
| 18. Insurance: | **$6,000.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$10,000.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
|     **Bank Payments** | **$27,000.00** |
| 21. Other (Specify): | |
|     **Freight** | **$6,000.00** |
|     **Sub-Contractors** | **$35,000.00** |
|     **Communications** | **$4,000.00** |
|     **Misc** | **$15,000.00** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$243,946.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):                **$71,054.00**