**MOR-1**

## UNITED STATES BANKRUPTCY COURT

| | |  | | |
|---|---|---|---|---|
| CASE NAME: | JEJP, LLC | | PETITION DATE: | 7/22/2016 0:00 |
| CASE NUMBER: | 16-33646-H2-11 | | DISTRICT OF TEXAS: | Southern |
| PROPOSED PLAN DATE: | 11/19/2016 | | DIVISION: | Houston |

### MONTHLY OPERATING REPORT SUMMARY   FOR MONTH                                                          YEAR

| MONTH | August | September | October | | | |
|---|---:|---:|---:|---:|---:|---:|
| REVENUES (MOR-6) | 31,248.00 | 7,000.00 | 26,473.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -271,612.95 | -283,585.02 | -184,412.12 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -333,856.54 | -345,756.30 | -380,183.20 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 278,237.00 | 339,465.13 | 143,017.93 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| | | | | CIRCLE ONE | | |
|---|---|---|---|---|---|---|
| **REQUIRED INSURANCE MAINTAINED** | | | Are all accounts receivable being collected within terms? | Yes | No | NO |
| AS OF SIGNATURE DATE | | EXP. | Are all post-petition liabilities, including taxes, being paid within terms? | Yes | No | YES |
| | | DATE | Have any pre-petition liabilities been paid? | Yes | No | YES |
| CASUALTY | YES ( X ) NO ( ) | 7-11-17 | If so, describe   Texas Citizens Bank ($26,659.41) | | | |
| LIABILITY | YES ( X ) NO ( ) | 7-11-17 | Are all funds received being deposited into DIP bank accounts? | Yes | No | NO |
| VEHICLE | YES ( X ) NO ( ) | 7-11-17 | Were any assets disposed of outside the normal course of business? | Yes | No | NO |
| WORKER'S | YES ( X ) NO ( ) | 7-11-17 | If so, describe | | | |
| OTHER | YES ( X ) NO ( ) | 7-11-27 | Are all U.S. Trustee Quarterly Fee Payments current? | Yes | No | YES |
| | | | What is the status of your Plan of Reorganization? | | In Early Discussions | |

| | | | |
|---|---|---|---|
| ATTORNEY NAME: | Julie Koenig | | *I certify under penalty of perjury that the following complete* |
| FIRM NAME: | Cooper & Scully | | *Monthly Operating Report (MOR), consisting of MOR-1 through* |
| ADDRESS: | 815 Walker St. | | *MOR-9 plus attachments, is true and correct.* |
| CITY, STATE, ZIP: | Houston, Tx. 77002 | | **SIGNED X** _____   Paul Williams           President |
| TELEPHONE/FAX: | 713-236-6825   713-236-6880 | | (ORIGINAL SIGNATURE) |
| | | | _____   Paul Williams           11/29/2016 |
| **MOR-1** | | | (PRINT NAME OF SIGNATORY)   DATE   Revised 07/01/98 |

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH August | MONTH September | MONTH October | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 9,900.35 | 80,574.56 | 61,831.03 | 184,632.60 | | | |
| Accounts Receivable, Net | 80,626.00 | 99,244.00 | 104,744.00 | 100,116.00 | | | |
| Inventory: Lower of Cost or Market | 1,493,174.00 | 1,492,653.87 | 1,490,727.91 | 1,480,273.22 | | | |
| Prepaid Expenses | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | | | |
| Investments | 0.00 | 0.00 | | | | | |
| Other | 84,000.00 | 84,000.00 | 84,000.00 | 84,000.00 | | | |
| TOTAL CURRENT ASSETS | 1,707,700.35 | 1,796,472.43 | 1,781,302.94 | 1,889,021.82 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 4,506,389.95 | 4,506,389.95 | 4,506,389.95 | 4,184,200.18 | | | |
| Less Accumulated Depreciation | 1,257,144.00 | 1,361,906.00 | 1,414,287.00 | 1,330,964.14 | | | |
| NET BOOK VALUE OF PP & E | 3,249,245.95 | 3,144,483.95 | 3,092,102.95 | 2,853,236.04 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | | | | | |
| 3. Electric Deposit | 0.00 | 0.00 | | | | | |
| 4. Deferred Tax Asset | 97,000.00 | 97,000.00 | 97,000.00 | 97,000.00 | | | |
| TOTAL ASSETS | $5,053,946.30 | $5,037,956.38 | $4,970,405.89 | $4,839,257.86 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-2

Revised 07/01/98

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH August | MONTH September | MONTH October | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 344,946.00 | 658,946.00 | 738,946.00 | | | |
| **PRE-PETITION LIABILITIES** | | | | | | | |
| Notes Payable - Secured | 2,290,666.27 | 2,273,869.45 | 2,257,000.31 | 2,240,131.17 | | | |
| Priority Debt | 273,529.43 | 618,475.43 | 932,475.43 | 1,012,475.43 | | | |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Unsecured Debt | 509,981.71 | 664,430.09 | 635,090.05 | 575,799.00 | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,074,177.41 | 3,556,774.97 | 3,824,565.79 | 3,828,405.60 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 3,074,177.41 | 3,901,720.97 | 4,483,511.79 | 4,567,351.60 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 5,411,183.00 | 5,411,183.00 | 5,411,183.00 | 5,411,183.00 | | | |
| ADDITIONAL PAID-IN CAPITAL | 597,160.63 | 0.00 | 0.00 | 0.00 | | | |
| RETAINED EARNINGS: Filing Date | -3,846,020.90 | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -333,856.54 | -679,612.84 | -1,059,796.04 | | | |
| TOTAL OWNER'S EQUITY (NET WORTH) | 2,162,322.73 | 5,077,326.46 | 4,731,570.16 | 4,351,386.96 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $5,236,500.14 | $8,979,047.43 | $9,215,081.95 | $8,918,738.56 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

MOR-3

*Revised 07/01/98*

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH August | MONTH September | MONTH October | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
|   Federal Payroll Taxes |  |  |  |  |  |  |
|   State Payroll Taxes |  |  |  |  |  |  |
|   Ad Valorem Taxes | 179,369.55 | 179,369.55 | 179,369.55 |  |  |  |
|   Other Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 179,369.55 | 179,369.55 | 179,369.55 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 344,946.00 | 658,946.00 | 738,946.00 |  |  |  |
| ACCRUED INTEREST PAYABLE | 0.00 | 0.00 |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* | 0.00 | 0.00 |  |  |  |  |
| OTHER ACCRUED LIABILITIES | 664,430.09 | 635,090.05 |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $1,188,745.64 | $1,473,405.60 | $918,315.55 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

## AGING OF POST-PETITION LIABILITIES
**MONTH** October

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 109,000.00 | 109,000.00 | | | | |
| 31-60 | 66,787.00 | 66,787.00 | | | | |
| 61-90 | 3,303.00 | 3,303.00 | | | | |
| 91+ | 575,799.00 | 575,799.00 | | | 179,369.55 | |
| TOTAL | $754,889.00 | $754,889.00 | $0.00 | $0.00 | $179,369.55 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 23,973.00 | 23,973.00 | | | | |
| 31-60 DAYS | 5,500.00 | 5,500.00 | | | | |
| 61-90 DAYS | 8,927.00 | 8,927.00 | | | | |
| 91+ DAYS | 19,094.00 | 19,094.00 | | | | |
| TOTAL | $57,494.00 | $57,494.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**

*Revised 07/01/98*

0.00

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

## STATEMENT OF INCOME (LOSS)

| | MONTH August | MONTH September | MONTH October | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 31,248.00 | 7,000.00 | 26,473.00 | | | | 64,721.00 |
| TOTAL COST OF REVENUES | 77,665.63 | 67,910.72 | 54,763.56 | | | | 200,339.91 |
| GROSS PROFIT | -46,417.63 | -60,910.72 | -28,290.56 | 0.00 | 0.00 | 0.00 | -135,618.91 |
| OPERATING EXPENSES: | | | | | | | |
| Selling & Marketing | | | | | | | 0.00 |
| General & Administrative | 225,195.32 | 222,674.30 | 156,121.56 | | | | 603,991.18 |
| Insiders Compensation | | | | | | | 0.00 |
| Professional Fees | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 225,195.32 | 222,674.30 | 156,121.56 | 0.00 | 0.00 | 0.00 | 603,991.18 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -271,612.95 | -283,585.02 | -184,412.12 | 0.00 | 0.00 | 0.00 | -739,610.09 |
| INTEREST EXPENSE | 9,862.59 | 9,790.28 | 9,404.17 | | | | 29,057.04 |
| DEPRECIATION | 52,381.00 | 52,381.00 | 52,381.00 | | | | 157,143.00 |
| OTHER (INCOME) EXPENSE* | | | 133,985.91 | | | | 133,985.91 |
| OTHER ITEMS** | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 62,243.59 | 62,171.28 | 195,771.08 | 0.00 | 0.00 | 0.00 | 320,185.95 |
| NET INCOME BEFORE TAXES | -333,856.54 | -345,756.30 | -380,183.20 | 0.00 | 0.00 | 0.00 | -1,059,796.04 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| NET INCOME (LOSS) (MOR-1) | ($333,856.54) | ($345,756.30) | ($380,183.20) | $0.00 | $0.00 | $0.00 | ($1,059,796.04) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\* *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**                                                                                          *Revised 07/01/98*

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH September | MONTH October | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $55,756.20 | $80,574.56 | $61,831.03 | $184,632.60 | $184,632.60 | $184,632.60 | $55,756.20 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 12,630.00 | | 28,601.00 | | | | 41,231.00 |
| 4. LOANS & ADVANCES (attach list) | 286,000.00 | 319,221.60 | 80,400.71 | | | | 685,622.31 |
| 5. SALE OF ASSETS | 0.00 | | 152,500.00 | | | | 152,500.00 |
| 6. OTHER (attach list) | 4,425.36 | 1,500.00 | 4,317.79 | | | | 10,243.15 |
| TOTAL RECEIPTS** | 303,055.36 | 320,721.60 | 265,819.50 | 0.00 | 0.00 | 0.00 | 889,596.46 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 29,155.84 | 47,090.00 | 39,853.75 | | | | 116,099.59 |
| 8. PAYROLL TAXES PAID | 2,963.22 | 19,857.80 | 11,006.37 | | | | 33,827.39 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 50,806.06 | 109,752.06 | 26,659.41 | | | | 187,217.53 |
| 11. UTILITIES & TELEPHONE | 4,872.48 | 9,955.82 | 0.00 | | | | 14,828.30 |
| 12. INSURANCE | 58,465.70 | 18,972.91 | 495.00 | | | | 77,933.61 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 3,720.00 | | | | | | 3,720.00 |
| 17. ADMINISTRATIVE & SELLING | 340.00 | 335.58 | 386.54 | | | | 1,062.12 |
| 18. OTHER (attach list) | 127,913.70 | 132,489.37 | 63,786.71 | | | | 324,189.78 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 278,237.00 | 338,453.54 | 142,187.78 | 0.00 | 0.00 | 0.00 | 758,878.32 |
| 19. PROFESSIONAL FEES | 0.00 | 1,011.59 | 830.15 | | | | 1,841.74 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL DISBURSEMENTS**** | | 278,237.00 | 339,465.13 | 143,017.93 | 0.00 | 0.00 | 0.00 | 760,720.06 |
| 22. NET CASH FLOW | | 24,818.36 | -18,743.53 | 122,801.57 | 0.00 | 0.00 | 0.00 | 128,876.40 |
| 23. CASH - END OF MONTH (MOR-2) | | $80,574.56 | $61,831.03 | $184,632.60 | $184,632.60 | $184,632.60 | $184,632.60 | $184,632.60 |

\* Applies to Individual debtors only

**MOR-7**    \*\*Numbers for the current month should balance (match)    *Revised 07/01/98*

RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Receipts

    Line 4    Loans & Advances    Jesus Finol & Elias Abdallah - $80,400.71

    Line6    Other    Cobra Reimbursement Checks    $1,817.79
                    Misc. Deposit    $2,500.00

Disbursements    Line 18.    Other    Bottom of MOR8

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

# CASH ACCOUNT RECONCILIATION
## MONTH OF October

| BANK NAME | Texas Citizens Bank | Texas Citizens Savings | |
|---|---|---|---|
| ACCOUNT NUMBER | #0035097 | | |
| *ACCOUNT TYPE* | *OPERATING* | *SAVINGS* | *TAX* |
| BANK BALANCE | 23,857.01 | 152,490.00 | |
| DEPOSITS IN TRANSIT | | | |
| OUTSTANDING CHECKS | 783.64 | | |
| ADJUSTED BANK BALANCE | $23,073.37 | $152,490.00 | $0.00 |
| BEGINNING CASH - PER BOOKS | 57,231.78 | 0.00 | |
| RECEIPTS* | 82,900.71 | 152,500.00 | |
| TRANSFERS BETWEEN ACCOUNTS | 25,000.00 | | |
| (WITHDRAWAL) OR INDIVIDUAL CONTRIBUTION BY DEBTOR MFR-2 | | | |
| CHECKS/OTHER DISBURSEMENTS* | 142,059.12 | 10.00 | |
| ENDING CASH - PER BOOKS | $23,073.37 | $152,490.00 | $0.00 |

**MOR-8**                *Numbers should balance (match) TOTAL RECEIPTS and
                          TOTAL DISBURSEMENTS lines on MOR-7

**MOR-7 Other Disbursements**

| | |
|---|---|
| ACCt MGMT Services | (15.00) |
| Transfer Fee | (30.00) |
| BOA FEE | (377.76) |
| Transfer Fee | (30.00) |
| Carroll Hopper | (200.00) |
| Propane | (421.93) |
| All American | (25,000.00) |
| Tim Payroll | (1,190.00) |
| Power City | (35,000.00) |

| | |
|---|---:|
| Tim Payroll | (630.00) |
| TCB Fees | (98.38) |
| Wire fee | (5.00) |
| Wire fee | (5.00) |
| Acton Mobile | (783.64) |
| | (63,786.71) |

| Bank of America | |
|---|---|
| #488038519570 | |
| *OTHER FUNDS* | *TOTAL* |
| 9,069.48 | $185,416.49 |
| | $0.00 |
| | $783.64 |
| $9,069.48 | $184,632.85 |
| 4,599.45 | $61,831.23 |
| 30,418.79 | $265,819.50 |
| -25,000.00 | $0.00 |
| | $0.00 |
| 948.76 | $143,017.88 |
| $9,069.48 | $184,632.85 |

*Revised 07/01/98*

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*