IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JEJP, LLC dba Precision Machined Product | § | Bankruptcy Case No.   16-33646 |
| | § | Chapter 11 |
| | § | |
| Debtor | § | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT THE MAILING ADDRESS OF DEBTOR HAS CHANGED.

OLD ADDRESS:        4225 World Houston Parkway
                    Suite 190
                    Houston, TX 77032


NEW ADDRESS:        5510 Spring Stuebner Rd.
                    Spring, TX 77389


Respectfully submitted this 11th day of January, 2017.

**COOPER & SCULLY, P.C.**

By:     */s/    Julie M. Koenig*
         Julie M. Koenig
         SBA# 14217300
         Fed Id# 10396
         815 Walker St., Suite 1040
         Houston, TX 77002
         (713) 236-6800 (Telephone)
         (713) 236-6880 (Telecopier)
         julie.koenig@cooperscully.com
         Attorneys for the Debtors

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by Charlene Garcia, a paralegal in my office, upon the parties listed on the attached service list via ECF electronic notification or   first class mail, proper postage affixed on this 11th day January, 2017.


           */s/    Julie M. Koenig*
            Julie M. Koenig

```
Label Matrix for local noticing          ALDINE INDEPENDENT SCHOOL DISTRICT      Cooper & Scully, PC
0541-4                                   2520 W.W. Thorne Drive                  815 Walker, Suite 1040
Case 16-33646                            Houston, Tx 77073-3406                  Houston, TX 77002-5776
Southern District of Texas
Houston
Wed Jan 11 11:33:14 CST 2017

Harris County                            JEJP, LLC                               Texas Citizens Bank, N.A.
c/o John P. Dillman                      4225 World Houston Parkway              4949 Fairmont Parkway
Post Office Box 3064                     Suite 190                               Pasadena, TX 77505-3757
Houston, TX 77253-3064                   Houston, TX 77032-2573


4                                        A.J. Rod                                ACC Business
United States Bankruptcy Court           5011 Navigation BLVD                    PO Box 105306
PO Box 61010                             Houston, TX 77011-1096                  Atlanta, GA 30348-5306
Houston, TX 77208-1010


AFLAC                                    AMTTECH                                 ATI Specialty
1932 Wynnton Road                        10010 Houston Oaks Drive                PO Box 5030
Columbus, GA 31999-0002                  Houston, TX 77064-3520                  Monroe, NC 28111-5030


ATTORNEY GENERAL                         Aetna                                   (p)AIRGAS USA LLC
TAX DIV. - BANKRUPTCY                    PO Box 24005                            110 WEST 7TH STREET
POB 12548                                Fresno, CA 93779-4005                   SUITE 1300
AUSTIN, TX 78711-2548                                                            TULSA OK 74119-1106


Airgas USA LLC                           Aldine Independent School              Alpheus Data Services
110 West 7th St. Ste 1400                14909 Aldine Westfield Rd              PO Box 301630
Tulsa OK 74119-1077                      Houston, TX 77032-3027                  Dallas, TX 75303-1630


Attorney General                         Bank Of America                         Bass Tool & Supply
Department of Justice                    16807 Stuebner Airline Road             2300 Fairway Park
10th and Constitution Ave N.W.           Spring, TX 77379-6206                   Houston, TX 77092-7603
Rm. 400
Washington, D.C 20530-0001


Belmont Equipment                        Belmont Equipment & Technologies        Cassco Grinding & Machining
PO Box 71013                             32055 Edward Ave                        910 Brenda Street
Madison Heights, MI 48071-0013           Madison Heights MI 48071-1419           Houston, TX 77076-3407


Castle Metals                            Castle Metals                           Cintas Corporation
Castle c/o Scott Goldman                 PO BOX 841949                           5355 W Sam Houston Pkwy N
590 W. Crossville Rd. # 104              Dallas, TX 75284-1949                   Houston, TX 77041-5236
Roswell, GA 30075-7512


Continental Alloys                       Cooper & Scully, P.C.                   Cougar Pallet
18334 Stuebner Airline                   815 Walker St., Suite 1040              13417 Aldine Westfield
Spring, TX 77379-5466                    Houston, TX 77002-5776                  Houston, Tx 77039-3003
```

| | | |
|---|---|---|
| Cutting Tools<br>5050 Ashley Court<br>Houston, TX 77041-6911 | DD Precision<br>2135 Preston Road<br>Richmond, TX 77469-1418 | EEPB P.C.<br>2950 North Loop West Ste 1200<br>Houston, TX 77092-8806 |
| East Group Properties<br>PO Box 676488<br>Dallas, TX 75267-6488 | Eastgroup Properties LP<br>4220 World Houston Pkwy<br>Suite 170<br>Houston, TX 77032-2492 | Electron Beam Technology<br>10014 Sussex Lane<br>Houston, TX 77041-6118 |
| Elevated Technologies<br>1880 S. Dairy Ashford Ste 410<br>Houston, TX 77077-4778 | Energy Alloys<br>3 Waterway Square Placce Ste 600<br>The Woodlands, TX 77380-3489 | G&K Services<br>7355 Denny<br>Houston, TX 77040-4848 |
| Gary Juliano, Assistant Credit Manager<br>2020 Ashcraft Ave.<br>Monroe, NC 28110-3720 | Grainger<br>16741 North Freeway<br>Houston, TX 77090-6300 | Grover Gundrilling<br>59 INDUSTRIAL DRIVE<br>OXFORD, ME 04270-3536 |
| Groves Industrial Supply<br>7301 Pinemont<br>Houston, TX 77040-6607 | Guardian<br>PO Box 677458<br>Dallas, TX 75267-7458 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| HDH Instruments<br>PO Box 709<br>Pattison, TX 77466-0709 | Hamilton Metals<br>PO BOX 677079<br>Dallas, TX 75267-7079 | Harris County et al<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx. 77253-3064 |
| Heritage-Crystal Clean, LLC<br>13621 Collections Center Drive<br>Chicago, IL 60693-0136 | High Point Sanitary Solutions<br>301 Garden Oaks Blvd<br>Houston, TX 77018-5501 | Howco<br>9611 Telge Road<br>Houston, TX 77095-5114 |
| Industrial Metal Finishing<br>4200 Perry Street<br>Houston, TX 77021-2793 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| J&B Professional Cleaning<br>293 Hardwicke Road<br>Houston, TX 77060-5115 | John Hancock<br>3rd Floor Lockbock#2495,8430 W. Bry<br>Chicago, IL 60631 | Lehighoutfitters, LLC<br>39 East Canal Street<br>Nelsonville, OH 45764-1247 |
| Liberty Office Products<br>PO Box 630729<br>Houston, TX 77263-0729 | Lubrisolutions<br>5750 N. Sam Houston Pkwy E #1014<br>Houston, TX 77032-4089 | MM Plastics<br>8480 Hwy 182 East<br>Morgan City, LA 70380-2480 |

| | | |
|---|---|---|
| MSC Industrial Supply<br>75 Maxess Road<br>Melville, NY 11747-3151 | Master Machine Inc<br>10101 Chickasaw Lane<br>Houston, TX 77041-6105 | McMaster-Carr Supply Company<br>1901 Riverside Parkway<br>Douglasville, GA 30135-3150 |
| McMaster-Carr Supply Company<br>PO Box 7690<br>Chicago, IL 60680-7690 | National K Works<br>1717 Brittmoore Road<br>Houston, TX 77043-2710 | North American Metals<br>20001 Oil Center Blvd<br>Houston, TX 77073-3332 |
| Nova 401(K) Associates<br>10777 Northwest Freeway Suite 440<br>Houston, TX 77092-7319 | Prime Downhole<br>800 Northpark Central Drive, Suite 100<br>Houston, TX 77073-6389 | Republic Services<br>PO Box 78829<br>Phoenix, AZ 85062-8829 |
| Resource Metals<br>14311 Reevestone Road<br>Houston, TX 77039-1516 | SECURITIES AND EXCHANGE COMMISSION<br>450 FIFTH STREET NW<br>WASHINGTON, DC 20549-0006 | Sarmasag Tools<br>15504 Magee<br>Houston, TX 77032-1920 |
| Service Steel Aerospace<br>14735 Collections Center Drive<br>Chicago, IL 60693-0147 | Southwest Calibration Service<br>13114 Mula Court<br>Stafford, TX 77477-3322 | Sunbelt Steel Texas<br>5311 Clinton Drive<br>Houston, TX 77020-7911 |
| Superior Shotpeening<br>13930 Luthe Road<br>Houston, TX 77039-1810 | TEXAS CITIZENS BANK, N.A.<br>1800 NASA PKWY<br>Houston, TX 77058-3502 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100<br>Attn:  Bankruptcy Dept |
| TSP Fasteners<br>3303 W. 12TH STREET<br>Houston, TX 77008-6121 | Tabs dba Toshiba Financial<br>PO Box 660831<br>Dallas, TX 75266-0831 | Tara L. Grundemeier<br>Linebarger, Goggan, Blair, & Sampson, LL<br>PO Box 3064<br>Houston, TX 77253-3064 |
| Terminix<br>PO Box 742592<br>Cinncinnati, OH 45274-2592 | Texas Citizens Bank NA<br>Nasa Parkway<br>4949 Fairmont Parkway<br>Pasadena, TX 77505-3757 | Texas Citizens Bank, NA<br>1800 Nasa Parkway<br>Houston, TX 77058-3502 |
| Texas Commision on Enviromental Quality<br>PO Box 13089<br>Austin, TX 78711-3089 | Texas Workforce Commission<br>PO Box 149037<br>Austin, Texas  78714-9037 | The Coe Law Firm<br>1010 Lamar, Suite 1040<br>Houston, TX 77002-6314 |
| Thyssenkrupp Materials<br>PO Box 2625<br>Carol Stream, IL 60132-2625 | Thyssenkrupp Materials NA, Inc<br>2800 W Higgins Rd Suite 550<br>Hoffman Estate, IL 60169-7282 | Travelers<br>840 Gessner Road Ste 1825<br>Houston, TX 77024-4142 |

| | | |
|---|---|---|
| Tyco Integrated Security<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uline<br>PO Box 88741<br>Chicago, IL 60680-1741 |
| W W Grainger Inc<br>7300 North Melvina Ave<br>MWX22886012780<br>Niles IL 60714-3906 | Julie Mitchell Koenig<br>Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AirGas USA, LLC<br>PO Box 676015<br>Dallas, TX 75267 | Internal Revenue Service<br>1919 Smith St.<br>Stop 5024 HOU<br>Houston, TX 77002 | (d)Internal Revenue Service<br>STOP 6692 AUSC<br>Austin, TX 73301-0030 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)EastGroup Properties, L.P.

End of Label Matrix
Mailable recipients   94
Bypassed recipients    1
Total                 95