**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| CASE NAME: | JEJP, LLC |
| CASE NUMBER: | 16-33646-H2-11 |
| PROPOSED PLAN DATE: | 12/19/2017 |

| | |
|---|---|
| PETITION DATE: | 7/22/2016 0:00 |
| DISTRICT OF TEXAS: | Southern |
| DIVISION: | Houston |

## MONTHLY OPERATING REPORT SUMMARY   FOR MONTH                            YEAR

| MONTH | August | September | October | November | December | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 31,248.00 | 7,000.00 | 26,473.00 | 1,668.00 | 39,475.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -271,612.95 | -283,585.02 | -184,412.12 | -145,893.87 | -148,576.77 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -333,856.54 | -345,756.30 | -380,183.20 | -207,918.23 | -210,219.14 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-8) | 278,237.00 | 339,465.13 | 143,017.93 | 88,709.96 | 204,217.90 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

| REQUIRED INSURANCE MAINTAINED | | | | Are all accounts receivable being collected within terms? | CIRCLE ONE Yes  No | NO |
|---|---|---|---|---|---|---|
| AS OF SIGNATURE DATE | | EXP. | | Are all post-petition liabilities, including taxes, being paid within terms? | Yes  No | YES |
| | | DATE | | Have any pre-petition liabilities been paid? | Yes  No | YES |
| CASUALTY | YES ( X )  NO ( ) | 7-11-17 | | If so, describe   Texas Citizens Bank ($26,659.41) | | |
| LIABILITY | YES ( X )  NO ( ) | 7-11-17 | | Are all funds received being deposited into DIP bank accounts? | Yes  No | NO |
| VEHICLE | YES ( X )  NO ( ) | 7-11-17 | | Were any assets disposed of outside the normal course of business? | Yes  No | NO |
| WORKER'S | YES ( X ) NO ( ) | 7-11-17 | | If so, describe | | |
| OTHER | YES ( X ) NO ( ) | 7-11-27 | | Are all U.S. Trustee Quarterly Fee Payments current? | Yes  No | YES |
| | | | | What is the status of your Plan of Reorganization? | In Early Discussions | |

| | |
|---|---|
| ATTORNEY NAME: | Julie Koenig |
| FIRM NAME: | Cooper & Scully |
| ADDRESS: | 815 Walker St. |
| CITY, STATE, ZIP: | Houston, Tx. 77002 |
| TELEPHONE/FAX: | 713-236-6825     713-236-6880 |

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _____ **Paul E Williams**        President
                 (ORIGINAL SIGNATURE)
                 Paul E Williams
                 (PRINT NAME OF SIGNATORY)         DATE      Revised 07/01/98

**MOR-1**

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

# COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | |
| Cash | 9,900.35 | 80,574.56 | 61,831.03 | 184,632.60 | 158,727.40 | 174,191.34 |
| Accounts Receivable, Net | 80,626.00 | 99,244.00 | 104,744.00 | 100,116.00 | 85,357.00 | 41,143.00 |
| Inventory: Lower of Cost or Market | 1,493,174.00 | 1,492,653.87 | 1,490,727.91 | 1,480,273.22 | 1,448,788.27 | 1,449,938.30 |
| Prepaid Expenses | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 | 40,000.00 |
| Investments | 0.00 | 0.00 | | | | |
| Other | 84,000.00 | 84,000.00 | 84,000.00 | 84,000.00 | 84,000.00 | 84,000.00 |
| TOTAL CURRENT ASSETS | 1,707,700.35 | 1,796,472.43 | 1,781,302.94 | 1,889,021.82 | 1,816,872.67 | 1,789,272.64 |
| PROPERTY, PLANT & EQUIP. @ COST | 4,506,389.95 | 4,506,389.95 | 4,506,389.95 | 4,184,200.18 | 4,157,400.18 | 4,130,600.18 |
| Less Accumulated Depreciation | 1,257,144.00 | 1,361,906.00 | 1,414,287.00 | 1,330,964.14 | 1,383,345.14 | 1,435,726.14 |
| NET BOOK VALUE OF PP & E | 3,249,245.95 | 3,144,483.95 | 3,092,102.95 | 2,853,236.04 | 2,774,055.04 | 2,694,874.04 |
| **OTHER ASSETS** | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | | | | |
| 3. Electric Deposit | 0.00 | 0.00 | | | | |
| 4. Deferred Tax Asset | 97,000.00 | 97,000.00 | 97,000.00 | 97,000.00 | 97,000.00 | 97,000.00 |
| TOTAL ASSETS | $5,053,946.30 | $5,037,956.38 | $4,970,405.89 | $4,839,257.86 | $4,687,927.71 | $4,581,146.68 |

* Per Schedules and Statement of Affairs

**MOR-2**

| MONTH |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
| 0.00 |
|  |
| 0.00 |
|  |
|  |
|  |
| $0.00 |

*Revised 07/01/98*

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December |
|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 344,946.00 | 658,946.00 | 738,946.00 | 738,946.00 | 738,946.00 |
| PRE-PETITION LIABILITIES | | | | | | |
| Notes Payable - Secured | 2,290,666.27 | 2,273,869.45 | 2,257,000.31 | 2,239,745.07 | 2,222,729.01 | 2,205,712.95 |
| Priority Debt | 273,529.43 | 273,529.43 | 932,475.43 | 1,012,475.43 | 1,012,475.43 | 1,012,475.43 |
| Federal Income Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FICA/Withholding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Unsecured Debt | 509,981.71 | 664,430.09 | 635,090.05 | 575,799.00 | 575,799.00 | 575,799.00 |
| Other | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 3,074,177.41 | 3,211,828.97 | 3,824,565.79 | 3,828,019.50 | 3,811,003.44 | 3,793,987.38 |
| **TOTAL LIABILITIES** | 3,074,177.41 | 3,556,774.97 | 4,483,511.79 | 4,566,965.50 | 4,549,949.44 | 4,532,933.38 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | |
| PREFERRED STOCK | | | | | | |
| COMMON STOCK | 5,411,183.00 | 5,411,183.00 | 5,411,183.00 | 5,411,183.00 | 5,411,183.00 | 5,411,183.00 |
| ADDITIONAL PAID-IN CAPITAL | 597,160.63 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RETAINED EARNINGS: Filing Date | -3,846,020.90 | | | | | |
| RETAINED EARNINGS: Post Filing Date | | -333,856.54 | -679,612.84 | -1,059,796.04 | -$1,267,714.27 | -1,477,933.41 |
| TOTAL OWNER'S EQUITY (NET WORTH) | 2,162,322.73 | 5,077,326.46 | 4,731,570.16 | 4,351,386.96 | 4,143,468.73 | 3,933,249.59 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $5,236,500.14 | $8,634,101.43 | $9,215,081.95 | $8,918,352.46 | $8,693,418.17 | $8,466,182.97 |

* Per Schedules and Statement of Affairs

MOR-3

| MONTH |
|---|
| |
| |
| |
| |
| |
| |
| |
| 0.00 |
| 0.00 |
| |
| |
| |
| |
| |
| 0.00 |
| $0.00 |

*Revised 07/01/98*

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
|   Federal Payroll Taxes |  |  |  |  |  |  |
|   State Payroll Taxes |  |  |  |  |  |  |
|   Ad Valorem Taxes | 179,369.55 | 179,369.55 | 179,369.55 | 179,369.55 | 179,369.55 |  |
|   Other Taxes |  |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 179,369.55 | 179,369.55 | 179,369.55 | 179,369.55 | 179,369.55 | 0.00 |
| SECURED DEBT POST-PETITION | 344,946.00 | 658,946.00 | 738,946.00 | 738,946.00 | 738,946.00 |  |
| ACCRUED INTEREST PAYABLE | 0.00 |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* | 0.00 |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES | 664,430.09 | 635,090.05 |  |  |  |  |
| 1. |  |  |  |  |  |  |
| 2. |  |  |  |  |  |  |
| 3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $1,188,745.64 | $1,473,405.60 | $918,315.55 | $918,315.55 | $918,315.55 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

## AGING OF POST-PETITION LIABILITIES
**MONTH** December

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | MONTH |
|---|---|---|---|---|---|---|
| 0-30 | 976.07 | | | | | |
| 31-60 | 75,279.27 | | | | | |
| 61-90 | 77,940.92 | | | | | |
| 91+ | 7,362.45 | | | | 179,369.55 | |
| TOTAL | $161,558.71 | $0.00 | $0.00 | $0.00 | $179,369.55 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 39,475.00 | | | | | |
| 31-60 DAYS | 1,668.00 | | | | | |
| 61-90 DAYS | 0.00 | | | | | |
| 91+ DAYS | 0.00 | | | | | |
| TOTAL | $41,143.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**                                                                 *Revised 07/01/98*

0.00

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

## STATEMENT OF INCOME (LOSS)

|  | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | FILING TO DATE |
|---|---:|---:|---:|---:|---:|---:|---:|
| REVENUES   (MOR-1) | 31,248.00 | 7,000.00 | 26,473.00 | 1,668.00 | 39,475.00 |  | 105,864.00 |
| TOTAL COST OF REVENUES | 77,665.63 | 67,910.72 | 54,763.56 | 8,532.07 | 82,768.70 |  | 291,640.68 |
| GROSS PROFIT | -46,417.63 | -60,910.72 | -28,290.56 | -6,864.07 | -43,293.70 | 0.00 | -185,776.68 |
| OPERATING EXPENSES: |  |  |  |  |  |  |  |
| Selling & Marketing |  |  |  |  |  |  | 0.00 |
| General & Administrative | 225,195.32 | 222,674.30 | 156,121.56 | 139,029.80 | 105,283.07 |  | 848,304.05 |
| Insiders Compensation |  |  |  |  |  |  | 0.00 |
| Professional Fees |  |  |  |  |  |  | 0.00 |
| Other |  |  |  |  |  |  | 0.00 |
| Other |  |  |  |  |  |  | 0.00 |
| TOTAL OPERATING EXPENSES | 225,195.32 | 222,674.30 | 156,121.56 | 139,029.80 | 105,283.07 | 0.00 | 848,304.05 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -271,612.95 | -283,585.02 | -184,412.12 | -145,893.87 | -148,576.77 | 0.00 | -1,034,080.73 |
| INTEREST EXPENSE | 9,862.59 | 9,790.28 | 9,404.17 | 9,643.36 | 9,261.37 |  | 47,961.77 |
| DEPRECIATION | 52,381.00 | 52,381.00 | 52,381.00 | 52,381.00 | 52,381.00 |  | 261,905.00 |
| OTHER (INCOME) EXPENSE* |  |  | 133,985.91 |  |  |  | 133,985.91 |
| OTHER ITEMS** |  |  |  |  |  |  | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 62,243.59 | 62,171.28 | 195,771.08 | 62,024.36 | 61,642.37 | 0.00 | 443,852.68 |
| NET INCOME BEFORE TAXES | -333,856.54 | -345,756.30 | -380,183.20 | -207,918.23 | -210,219.14 | 0.00 | -1,477,933.41 |
| FEDERAL INCOME TAXES |  |  |  |  |  |  | 0.00 |
| NET INCOME (LOSS)  (MOR-1) | ($333,856.54) | ($345,756.30) | ($380,183.20) | ($207,918.23) | ($210,219.14) | $0.00 | ($1,477,933.41) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

\*   *Footnote Mandatory.*

\* \* *Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**                                                                                                                                 *Revised 07/01/98*

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

| CASH RECEIPTS AND DISBURSEMENTS | MONTH August | MONTH September | MONTH October | MONTH November | MONTH December | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $55,756.20 | $80,574.56 | $61,831.03 | $184,632.60 | $158,727.40 | $178,643.04 | $55,756.20 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | | | 0.00 | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 12,630.00 | | 28,601.00 | 16,427.00 | 21,973.00 | | 79,631.00 |
| 4. LOANS & ADVANCES (attach list) | 286,000.00 | 319,221.60 | 80,400.71 | 46,000.00 | 200,853.35 | | 932,475.66 |
| 5. SALE OF ASSETS | 0.00 | 0.00 | 152,500.00 | 0.00 | 0.00 | | 152,500.00 |
| 6. OTHER (attach list) | 4,425.36 | 1,500.00 | 4,317.79 | 377.76 | 1,307.19 | | 11,928.10 |
| TOTAL RECEIPTS** | 303,055.36 | 320,721.60 | 265,819.50 | 62,804.76 | 224,133.54 | 0.00 | 1,176,534.76 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 29,155.84 | 47,090.00 | 39,853.75 | 36,266.57 | 46,415.47 | | 198,781.63 |
| 8. PAYROLL TAXES PAID | 2,963.22 | 19,857.80 | 11,006.37 | 9,638.92 | 11,880.49 | | 55,346.80 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 50,806.06 | 109,752.06 | 26,659.41 | 26,659.41 | 26,659.41 | | 240,536.35 |
| 11. UTILITIES & TELEPHONE | 4,872.48 | 9,955.82 | 0.00 | | 5,730.72 | | 20,559.02 |
| 12. INSURANCE | 58,465.70 | 18,972.91 | 495.00 | 5,296.89 | 47,469.05 | | 130,699.55 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 3,720.00 | | | 2,988.21 | 811.00 | | 7,519.21 |
| 17. ADMINISTRATIVE & SELLING | 340.00 | 335.58 | 386.54 | 0.00 | | | 1,062.12 |
| 18. OTHER (attach list) | 127,913.70 | 132,489.37 | 63,786.71 | 7,075.62 | 65,251.76 | | 396,517.16 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 278,237.00 | 338,453.54 | 142,187.78 | 87,925.62 | 204,217.90 | 0.00 | 1,051,021.84 |
| 19. PROFESSIONAL FEES | 0.00 | 1,011.59 | 830.15 | 784.34 | | | 2,626.08 |
| 20. U.S. TRUSTEE FEES | 0.00 | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | 0.00 | | | | | | 0.00 |

| TOTAL DISBURSEMENTS** | 278,237.00 | 339,465.13 | 143,017.93 | 88,709.96 | 204,217.90 | 0.00 | 1,053,647.92 |
|---|---|---|---|---|---|---|---|
| 22. NET CASH FLOW | 24,818.36 | -18,743.53 | 122,801.57 | -25,905.20 | 19,915.64 | 0.00 | 122,886.84 |
| 23. CASH - END OF MONTH (MOR-2) | $80,574.56 | $61,831.03 | $184,632.60 | $158,727.40 | $178,643.04 | $178,643.04 | $178,643.04 |

* Applies to Individual debtors only

**MOR-7**   **Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

Receipts

| | Line 4 | Loans & Advances | Jesus Finol & Elias Abdallah | $200,853.35 |
|---|---|---|---|---|
| | Line6 | Other | Cobra Refund | $1,307.19 |

Disbursements   Line 18.   Other   Bottom of MOR8

CASE NAME: JEJP, LLC
CASE NUMBER: 16-33646-H2-11

# CASH ACCOUNT RECONCILIATION
## MONTH OF December

| BANK NAME | | Texas Citizens Bank | Texas Citizens Savings | |
|---|---|---|---|---|
| ACCOUNT NUMBER | | #0035097 | | |
| *ACCOUNT TYPE* | | *OPERATING* | *SAVINGS* | *TAX* |
| BANK BALANCE | | 74,787.26 | 99,195.73 | |
| DEPOSITS IN TRANSIT | | | | |
| OUTSTANDING CHECKS | | | | |
| ADJUSTED BANK BALANCE | | $74,787.26 | $99,195.73 | $0.00 |
| BEGINNING CASH - PER BOOKS | | 31,011.88 | 125,830.59 | |
| RECEIPTS* | | 139,333.87 | 24.55 | |
| TRANSFERS BETWEEN ACCOUNTS | | 108,659.41 | -26,659.41 | |
| (WITHDRAWAL) OR   INDIVIDUAL | CONTRIBUTION BY DEBTOR   MFR-2 | | | |
| CHECKS/OTHER DISBURSEMENTS* | | 204,217.90 | 0.00 | |
| ENDING CASH - PER BOOKS | | $74,787.26 | $99,195.73 | $0.00 |

**MOR-8**                                           *Numbers should balance (match) TOTAL RECEIPTS and
                                                     TOTAL DISBURSEMENTS lines on MOR-7

**MOR-7 Other Disbursements**

| | |
|---|---|
| All American Rigging | 25,000.00 |
| Power City Technologies | 35,000.00 |
| Bank Fee | 93.13 |
| Transfer Fees | 60.00 |
| Cobra Payment | 2,791.48 |
| Elevated Technologies | 2,307.15 |
| | 65,251.76 |

| Bank of America #488038519570 | |
|---|---|
| *OTHER FUNDS* | *TOTAL* |
| 992.22 | $174,975.21 |
| | $0.00 |
| | $0.00 |
| $992.22 | $174,975.21 |
| 2,668.82 | $159,511.29 |
| 80,323.40 | $219,681.82 |
| -82,000.00 | $0.00 |
| | $0.00 |
| | $204,217.90 |
| $992.22 | $174,975.21 |

*Revised 07/01/98*

**CASE NAME:** JEJP, LLC
**CASE NUMBER:** 16-33646-H2-11

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

MOR-9

*Revised 07/01/98*